**No. 51571.**—Protests 123669–K, etc., of Cornell Dubilier Electric Corp. et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.